**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of _New Jersey_____
                            (State)

Case number (*If known*): _____ Chapter __11___

☐ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual        12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

## Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

**1. Chapter of the Bankruptcy Code**

*Check one:*

☐ Chapter 7
☒ X Chapter 11

## Part 2: Identify the Debtor

**2. Debtor's name**    ____WHAIRHOUSE LIMITED LIABILITY COMPANY_____

**3. Other names you know the debtor has used in the last 8 years**

Include any assumed names, trade names, or *doing business as* names.

**4. Debtor's federal Employer Identification Number (EIN)**

☐ X Unknown

__ __ – __ __ __ __ __ __ __
EIN

**5. Debtor's address**

**Principal place of business**

_____811 Totowa Rd,_____
Number     Street

_____

Totowa,__ _          NJ___    07512__
City                 State    ZIP Code

_Passaic County_____
County

**Mailing address, if different**

1401 Valley Road, Suite 207
_____
Number     Street

_____
P.O. Box

Wayne                NJ    07470
_____
City                 State    ZIP Code

**Location of principal assets, if different from principal place of business**

_____
Number     Street

_____

_____ _____ _____
City                         State  ZIP Code

---

Official Form 205                Involuntary Petition Against a Non-Individual                page 1

Debtor    __WHAIRHOUSE LIMITED LIABILITY COMPANY_____    Case number (*if known*)_____
      *Name*

| | | |
|---|---|---|
| **6.** | **Debtor's website** (URL) | _____ |

| | | |
|---|---|---|
| **7.** | **Type of debtor** | ☒ x  Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐  Partnership (excluding LLP) |
| | | ☐  Other type of debtor. Specify: _____ |

| | | |
|---|---|---|
| **8.** | **Type of debtor's business** | *Check one:* |
| | | ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A)) |
| | | ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) |
| | | ☐ Railroad (as defined in 11 U.S.C. § 101(44)) |
| | | ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A)) |
| | | ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6)) |
| | | ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3)) |
| | | ☒ None of the types of business listed. |
| | | ☐ Unknown type of business. |

| | | |
|---|---|---|
| **9.** | **To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?** | ☐  No |
| | | ☒  Yes. Debtor __Whairhouse Real Estate Investments LLC__    Relationship __Affiliate_____ |
| | |       District __New Jersey__    Date filed __08/04/2023__    Case number, if known __23-16723-RG__ |
| | |                                               MM / DD / YYYY |
| | |       Debtor __Taylor Court Apartments LLC__    Relationship __Affiliate_____ |
| | |       District __New Jersey__    Date filed __08/02/2023__    Case number, if known __23-16641-RG__ |
| | |                                               MM / DD / YYYY |

**Part 3:    Report About the Case**

| | | |
|---|---|---|
| **10.** | **Venue** | *Check one:* |
| | | ☒ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district. |
| | | ☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district. |

| | | |
|---|---|---|
| **11.** | **Allegations** | Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b). |
| | | The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a). |
| | | *At least one box must be checked*: |
| | | ☒ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount. |
| | | ☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession. |

| | | |
|---|---|---|
| **12.** | **Has there been a transfer of any claim against the debtor by or to any petitioner?** | ☒ No |
| | | ☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a). |

Debtor  Whairhouse Limited Liability Company  
Name

Case number (*if known*) _____

| 13. Each petitioner's claim | Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|---|
| | Alexis Morrillo | Breach of contract/fraud | $ 132,000 |
| | Frank Robinson | breach of contract/fraud | $ 925,670 |
| | Michael Ventura | breach of contract/fraud | $ 502,320 |
| | | Total of petitioners' claims | $ continued |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

### Part 4: Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

**Name and mailing address of petitioner**

Alexis Morrilo  
Name

15809 Sanford Ave 1e  
Number  Street

Flushing        NY      07512  
City            State   ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____  
Name

_____  
Number  Street

_____  
City  State  ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  8/21/2023  
MM / DD / YYYY

X *alexis morillo*  
alexis morillo (Aug 22, 2023 00:26 EDT)  
Signature of petitioner or representative, including representative's title

**Attorneys**

Sean Mack  
Printed name

Pashman Stein Walder Hayden PC  
Firm name, if any

21 Main Street, Suite 200  
Number  Street

Hackensack        NJ      07601  
City              State   ZIP Code

Contact phone  201-270-4919    Email  smack@pashmanstein.com

Bar number  028191999

State  NJ

X /s/ Sean Mack  
Signature of attorney

Date signed  08/22/2023  
MM / DD / YYYY

Official Form 205                    Involuntary Petition Against a Non-Individual                    page 3

Debtor    Whairhouse Limited Liability Company
            Name

Case number (*if known*)_____

### Name and mailing address of petitioner

Frank Robinson
Name

9 High Street
Number    Street

Montclair                NJ            07042
City                     State         ZIP Code

### Name and mailing address of petitioner's representative, if any

_____
Name

_____
Number    Street

_____
City        State    ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  8-21-23
             MM / DD / YYYY

✗ _[signature]_
Signature of petitioner or representative, including representative's title

---

Sean Mack
Printed name

Pashman Stein Walder Hayden PC
Firm name, if any

21 Main Street, Suite 200
Number    Street

Hackensack            NJ        07601
City                  State     ZIP Code

Contact phone   201-270-4919    Email  smack@pashmanstein.com

Bar number   028191999

State        NJ

✗ /s/ Sean Mack
Signature of attorney

Date signed   08/21/2023
              MM / DD / YYYY

---

### Name and mailing address of petitioner

Michael Ventura
Name

417 Knickerbocker Rd
Number    Street

Tenafly              NJ        07670
City                 State     ZIP Code

### Name and mailing address of petitioner's representative, if any

_____
Name

_____
Number    Street

_____
City        State    ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  _____
             MM / DD / YYYY

✗ _____
Signature of petitioner or representative, including representative's title

---

Sean Mack
Printed name

Pashman Stein Walder Hayden PC
Firm name, if any

21 Main Street, Suite 200
Number    Street

Hackensack            NJ        07601
City                  State     ZIP Code

Contact phone   201-270-4919    Email  smack@pashmanstein.com

Bar number   028191999

State        NJ

✗ _____
Signature of attorney

Date signed   _____
              MM / DD / YYYY

---

Official Form 205              Involuntary Petition Against a Non-Individual              page 4

Debtor  **WHAIRHOUSE LIMITED LIABILITY COMPANY**
Name

Case number *(if known)* _____

---

**Name and mailing address of petitioner**

Frank Robinson
Name

9 High Street
Number    Street

Montclair    NJ    07042
City    State    ZIP Code

**Name and mailing address of petitioner's representative, if any**

Name

Number    Street

City    State    ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
MM / DD / YYYY

✗ _____
Signature of petitioner or representative, including representative's title

Printed name

Firm name, if any

Number    Street

City    State    ZIP Code

Contact phone _____    Email _____

Bar number _____

State _____

✗ _____
Signature of attorney

Date signed _____
MM / DD / YYYY

---

**Name and mailing address of petitioner**

Michael Ventura
Name

417 Knickerbocker Rd
Number    Street

Tenafly    NJ    07670
City    State    ZIP Code

**Name and mailing address of petitioner's representative, if any**

Name

Number    Street

City    State    ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  08/18/2023
MM / DD / YYYY

✗ *Michael Ventura*
Michael Ventura (Aug 18, 2023 21:04 EDT)
Signature of petitioner or representative, including representative's title

Sean Mack
Printed name

Pashman Steain Walder Hayden, P.C.
Firm name, if any

21 Main Street, Suite 200
Number    Street

Hackensack    NJ    07601
City    State    ZIP Code

Contact phone  201-270-4919    Email  smack@pashmanstein.com

Bar number  028191999

State  NJ

✗ /s/ Sean Mack
Signature of attorney

Date signed  08/21/2023
MM / DD / YYYY

---

Official Form 205    Involuntary Petition Against a Non-Individual    page 4

Debtor  WHAIRHOUSE LIMITED LIABILITY COMPANY            Case number (if known) _____
        Name

| 13. Each petitioner's claim | Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|---|
| | Rg3 LLC | breach of contract/fraud | $ 2,597,500 |
| | | | $ |
| | Jermaine and Faleena Andujar | breach of contract/fraud | $ 130,000 |
| | | Total of petitioners' claims | $ continued |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

## Part 4: Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

**Name and mailing address of petitioner**

Rg3 LLC
Name

107-11 107 Street
Number    Street

Ozone Park                NY        11417
City                      State     ZIP Code

**Name and mailing address of petitioner's representative, if any**

Ramon Garcia
Name

107-11 107 Street
Number    Street

Ozone Park                NY        11417
City                      State     ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  8/21/2023
             MM / DD / YYYY

X /s/ Ramon Garcia                              President
Ramon Garcia (Aug 21, 2023 15:39 EDT)
Signature of petitioner or representative, including representative's title

**Attorneys**

Sean Mack
Printed name

Pashman Stein Walder Hayden PC
Firm name, if any

21 Main Street, Suite 200
Number    Street

Hackensack                NJ        07601
City                      State     ZIP Code

Contact phone  201-270-4919    Email  smack@pashmanstein.com

Bar number  028191999

State       NJ

X /s/ Sean Mack
Signature of attorney

Date signed  08/21/2023
             MM / DD / YYYY

Official Form 205        Involuntary Petition Against a Non-Individual        page 3

Debtor: WHAIRHOUSE LIMITED LIABILITY COMPANY
Case number (if known): ___

### Name and mailing address of petitioner

Name: Jermaine and Faleena Andujar
Number Street: 19 Charles Street
City: Montclair    State: NJ    ZIP Code: 07042

### Name and mailing address of petitioner's representative, if any

Name: 
Number Street: 
City:    State:    ZIP Code:

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 8/20/20B (MM/DD/YYYY)

X _(signature)_ Signature of petitioner or representative, including representative's title

---

Printed name: Sean Mack
Firm name, if any: Pashman Stein Walder Hayden PC
Number Street: 21 Main Street, Suite 200
City: Hackensack    State: NJ    ZIP Code: 07601
Contact phone: 201-270-4919    Email: smack@pashmanstein.com
Bar number: 028191999
State: NJ

X /s/ Sean Mack
Signature of attorney

Date signed: 08/21/2023

---

### Name and mailing address of petitioner

Name: 
Number Street: 
City:    ZIP Code:

### Name and mailing address of petitioner's representative, if any

Name: 
Number Street: 
City:    State:    ZIP Code:

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___ (MM/DD/YYYY)

X ___ Signature of petitioner or representative, including representative's title

---

Printed name: 
Firm name, if any: 
Number Street: 
City:    State:    ZIP Code:
Contact phone: ___    Email: ___
Bar number: 
State: 

X ___
Signature of attorney

Date signed: ___ (MM/DD/YYYY)

---

Official Form 205    Involuntary Petition Against a Non-Individual    page 4

Debtor __Whairhouse Limited Liability Company__  Case number (if known) _____

Name

**13. Each petitioner's claim**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Samme Sheika | breach of contract/fraud | $ 250,000 |
| Nicholas Tiah | breach of contract/fraud | $ 151,938 |
| Jonathan Gunn | breach of contract/fraud | $ 130,000 |
| | Total of petitioners' claims | $ 4,819,428 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

**Part 4:  Request for Relief**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

**Name and mailing address of petitioner**

Samme Sheika
Name

150 Main Street
Number  Street

Hackensack        NJ    07601
City              State  ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number  Street

_____
City    State   ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  8/21/2023
             MM / DD / YYYY

X /s/ Samme Sheika
Signature of petitioner or representative, including representative's title

**Attorneys**

Sean Mack
Printed name

Pashman Stein Walder Hayden PC
Firm name, if any

21 Main Street, Suite 200
Number  Street

Hackensack        NJ    07601
City              State  ZIP Code

Contact phone 201-270-4919   Email smack@pashmanstein.com

Bar number 028191999

State  NJ

X  /s/ Sean Mack
Signature of attorney

Date signed  08/21/2023
             MM / DD / YYYY

Official Form 205    Involuntary Petition Against a Non-Individual    page 3

Debtor  WHAIRHOUSE LIMITED LIABLITIY COMPANY    Case number (if known) _____
      Name

**Name and mailing address of petitioner**

Nicholas Tiah
Name

_____
Number    Street

_____ MA _____
City    State    ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number    Street

_____
City    State    ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  8/21/2023
      MM / DD / YYYY

✗ *Nicholas Tiah (Aug 21, 2023 17:14 EDT)*
Signature of petitioner or representative, including representative's title

Sean Mack
Printed name

Pashman Stein Walder Hayden PC
Firm name, if any

21 Main Street, Suite 200
Number    Street

Hackensack    NJ    07601
City    State    ZIP Code

Contact phone  201-270-4919    Email  smack@pashmanstein.com

Bar number  028191999

State  NJ

✗ /s/ Sean Mack
Signature of attorney

Date signed  08/21/2023
      MM/ DD / YYYY

---

**Name and mailing address of petitioner**

Jonathan Gunn
Name

396 Webster Ave
Number    Street

Jersey City    NJ    07054
City    State    ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number    Street

_____
City    State    ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
      MM / DD / YYYY

✗ _____
Signature of petitioner or representative, including representative's title

Sean Mack
Printed name

Pashman Stein Walder Hayden PC
Firm name, if any

_____
Number    Street

Hackensack    NJ    07601
City    State    ZIP Code

Contact phone  201-270-4919    Email  smack@pashmanstein.com

Bar number  028191999

State  NJ

✗ _____
Signature of attorney

Date signed _____
      MM / DD / YYYY

Official Form 205    Involuntary Petition Against a Non-Individual    page 4

Debtor  WHAIRHOUSE LIMITED LIABILITY COMPANY                              Case number (*if known*)_____
        Name

**Name and mailing address of petitioner**

Nicholas Tiah
_____
Name

_____
Number    Street

                              MA
_____
City              State          ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number    Street

_____
City              State          ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  _____
             MM  / DD / YYYY

✗ _____
Signature of petitioner or representative, including representative's title

---

Sean Mack
_____
Printed name
  Pashman Stein Walder Hayden PC
_____
Firm name, if any
  21 Main Street, Suite 200
_____
Number    Street
  Hackensack                         NJ          07601
_____
City                           State      ZIP Code

Contact phone  201-270-4919    Email  smack@pashmanstein.com

Bar number     028191999

State          NJ

✗ _____
Signature of attorney

Date signed    _____
               MM / DD / YYYY

---

**Name and mailing address of petitioner**

Jonathan Gunn
_____
Name
  396 Webster Ave
_____
Number    Street
  Jersey City                 NJ          07054
_____
City              State          ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number    Street

_____
City              State          ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  _____
             MM  / DD / YYYY

✗ _____
Signature of petitioner or representative, including representative's title

---

Sean Mack
_____
Printed name
  Pashman Stein Walder Hayden PC
_____
Firm name, if any

_____
Number    Street
  Hackensack                         NJ          07601
_____
City                           State      ZIP Code

Contact phone  201-270-4919    Email  smack@pashmanstein.com

Bar number     028191999

State          NJ

✗ /s/ Sean Mack
_____
Signature of attorney

Date signed    08/21/2023
               MM / DD / YYYY

---