**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br>Sean Mack<br>Darcy Baboulis-Gyscek<br>Pashman Stein Walder Hayden, P.C.<br>21 Main Street, Suite 200<br>Hackensack, New Jersey 07601<br>(201)488-8200<br>smack@pashmanstein.com<br>dbaboulis-gyscek@pashmanstein.com<br><br>*Attorneys for Interested Parties*<br><br>In re:<br><br>WHAIRHOUSE LIMITED LIABILITY COMPANY<br><br>Debtor. | Chapter 11<br><br>Case No. 23-17272<br><br>Hearing Date and Time:<br><br>October 3, 2023 at 11:00am<br><br>**ORAL ARGUMENT REQUESTED** |

**CERTIFICATION OF SEAN MACK, ESQ. IN FURTHER SUPPORT OF MOTION FOR ENTRY OF AN ORDER APPOINTING A CHAPTER 11 TRUSTEE PURSUANT TO 11 U.S.C. § 1104**

I, Sean Mack, Esq., declare as follows:

1. I am a member of the law firm of Pashman Stein Walder Hayden, PC and am counsel to Alexis Morrillo, Frank Robinson, Michael Ventura, RG3 LLC, Samme Sheikah, Jonathan Gunn, Nicholos Tiah, and Faleena and Jermaine Andujar (the "Petitioners") in this matter.

2. Attached hereto as Exhibit A is a true copy of a Final Judgment for Default entered against Whairhouse LLC in the state court case docket number PAS-L-1732-23.

3. I conducted property land records searches relating to the properties at issue in the joint venture agreements of the Petitioners. The following screenshots are taken from New Jersey's public online land records database.

4. According to land records, Whairhouse acquired 523 Park Avenue, Paterson, NJ on November 14, 2018 for $225,000.

| | | | | | |
|---|---|---|---|---|---|
| Block: | 8605 | Prop Loc: | 523 PARK AVE | Owner: | WHAIRHOUSE LIMITED LIABILITY CO. |
| Lot: | 10 | District: | 1608 PATERSON | Street: | 411 19TH AVENUE |
| Qual: | | Class: | 4A | City State: | PATERSON, NJ 07504 |

**Additional Information**

| | | | | | | |
|---|---|---|---|---|---|---|
| Prior Block: | L1417 | Acct Num: | 000000 | Addl Lots: | | |
| Prior Lot: | 25 | Mtg Acct: | | Land Desc: | 25X71 | |
| Prior Qual: | | Bank Code: | 0 | Bldg Desc: | 2.5F | |
| Updated: | 02/04/19 | Tax Codes: | | Class4Cd: | 0 | |
| Zone: | B-1 | Map Page: | | Acreage: | 0.043 | |

**Sale Information**

| Sale Date: | 11/14/18 | Book: | D3450 Page: 220 | Price: | 225000 NU#: 0 | |
|---|---|---|---|---|---|---|
| Sr1a | Date | Book | Page | Price | NU# | Ratio |
| More Info | 06/08/18 | 3342 | 196 | 149000 | | 89.19 | LB PROPERTIES HOLDINGS LLC |
| More Info | 09/21/18 | 3450 | 220 | 225000 | | 59.07 | WHAIRHOUSE LLC |

Despite having acquired that property in 2018 for $225,000, the Pinas have enticed 9 different people to enter into joint venture agreements with either Whairhouse LLC or From Start 2 Flipping LLC (another company owned by the Pinas) to purchase, renovate and flip that property for $875,000 in new capital investments and $1,023,114 in "rolled over investments". (Docket BER-L-4238-23 ($100,000); BER-L-4139-23 ($250,000); PAS-L-1557-23 ($100,000); PAS-L-2542-23 ($100,000); HUD-2857-23 (rolled over a $375,000 investment from a prior JVA); Petitioners Robinson ($25,000) and Sheika ($100,000); and two individuals who have provided their contracts to me but not publicly filed their complaint ($200,000 and a rolled over investment of $648,114)).

5. As set forth in his Exhibit A, Petitioner Frank Robinson invested $351,000 to enable Whairhouse LLC to purchase 555-563 Main Street, Paterson, but the Pinas acquired that property through another one of their companies, Taylor Court Apartments LLC:

| | | | | | |
|---|---|---|---|---|---|
| Block: | 5809 | Prop Loc: | 555 MAIN ST | Owner: | TAYLOR COURT APARTMENTS LLC |
| Lot: | 25 | District: | 1608 PATERSON | Street: | 411 19TH AVE |
| Qual: | | Class: | 1 | City State: | PATERSON NJ 07501 |

**Additional Information**

| | | | | | |
|---|---|---|---|---|---|
| Prior Block: | I1069 | Acct Num: | 000000 | Addl Lots: | |
| Prior Lot: | 7 | Mtg Acct: | | Land Desc: | 25X100 |
| Prior Qual: | | Bank Code: | 0 | Bldg Desc: | 1 F |
| Updated: | 04/01/19 | Tax Codes: | | Class4Cd: | 0 |
| Zone: | I-1 | Map Page: | | Acreage: | 0.0584 |

**Sale Information**

| Sale Date: | 08/23/18 | Book: | 3475 Page: 228 | Price: | 235000 NU#: 30 | |
|---|---|---|---|---|---|---|
| Sr1a | Date | Book | Page | Price | | NU# |

**TAX-LIST-HISTORY**

6. Robinson also invested $155,900 in 2017 for Whairhouse to purchase 14 Commerce St, Paterson, but Whairhouse has never purchased that property:

2

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| New Search | Assessment Postcard | Property Card | | | | | | | | |
| Block: | 49 | Prop Loc: | 14 COMMERCE ST | | Owner: | | CONKLIN AVE LLC | | | Square Ft: |
| Lot: | 33 | District: | 0221 GARFIELD | | Street: | | 30 BUSH LANE | | | Year Built: |
| Qual: | | Class: | 2 | | City State: | | SPRING VALLEY NY 10977 | | | Style: |
| | | | | | Additional Information | | | | | |
| Prior Block: | | Acct Num: | 000995 | | Addl Lots: | | | | | EPL Code: |
| Prior Lot: | | Mtg Acct: | | | Land Desc: | | 3501 SF | | | Statute: |
| Prior Qual: | | Bank Code: | 0 | | Bldg Desc: | | 2SF | | | Initial: |
| Updated: | 06/08/23 | Tax Codes: | | | Class4Cd: | | 0 | | | Desc: |
| Zone: | R-2 | Map Page: | 3 | | Acreage: | | 0.0804 | | | Taxes: |
| | | | | | Sale Information | | | | | |
| Sale Date: | 09/19/22 | Book: | 4902 Page: 1710 | | Price: | 1 | NU#: 25 | | | |
| Sr1a | | Date | Book | Page | Price | NU# | Ratio | | | |
| More Info | | 10/08/03 | 8659 | 207 | 240000 | | 50.00 | BIBLE CHURCH INTERNATL | | |
| More Info | | 10/08/03 | 8660 | 790 | 240000 | | 50.00 | BIBLE CHURCH INTERNATL | | |
| More Info | | 05/22/07 | 9322 | 348 | 319300 | | 37.58 | REYES, DOUGLAS | | |
| More Info | | 07/03/17 | 2762 | 1442 | 100 | 12 | 0 | WELLS FARGO BANK NA | | |
| More Info | | 04/09/18 | 3010 | 1577 | 191500 | 31 | 101.67 | FROMOWITZ, MAYER | | |
| More Info | | 09/19/22 | 4902 | 1710 | 1 | 25 | 0 | CONKLIN AVE LLC | | |

7. As set forth in its Exhibit A, Petitioner RG3 LLC invested in several properties for Whairhouse to acquire, including 462-464 East 24th Street, Paterson. At the time RG3 invested in January 2022, Whairhouse already owned that property, and then did not pay RG3 when it sold the property in October 2022:

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| New Search | Assessment Postcard | Property Card | | | | | | | | |
| Block: | 3305 | Prop Loc: | 462-464 E 24TH ST | | Owner: | | PERALTA CAROLIN A T ET ALS | | | Square Ft: |
| Lot: | 22 | District: | 1608 PATERSON | | Street: | | 462 464 EAST 24TH ST | | | Year Built: |
| Qual: | | Class: | 2 | | City State: | | PATERSON NJ 07514 | | | Style: |
| | | | | | Additional Information | | | | | |
| Prior Block: | E0636 | Acct Num: | 000000 | | Addl Lots: | | | | | EPL Code: |
| Prior Lot: | 27 | Mtg Acct: | | | Land Desc: | | 50X100 | | | Statute: |
| Prior Qual: | | Bank Code: | 0 | | Bldg Desc: | | 2 F 3G | | | Initial: |
| Updated: | 11/01/22 | Tax Codes: | | | Class4Cd: | | 0 | | | Desc: |
| Zone: | | Map Page: | | | Acreage: | | 0.1148 | | | Taxes: |
| | | | | | Sale Information | | | | | |
| Sale Date: | 10/13/22 | Book: | 4416 Page: 293 | | Price: | 545000 | NU#: 7 | | | |
| Sr1a | | Date | Book | Page | Price | NU# | Ratio | | | |
| More Info | | 03/22/17 | 3040 | 55 | 125000 | 13 | 146.32 | PAGE LISTON | | |
| More Info | | 05/10/18 | 3310 | 287 | 0 | 17 | 0 | HIGHWAY CHRUCH OF CHRIST | | |
| More Info | | 02/04/19 | 3507 | 287 | 120000 | 26 | 155.67 | LB PROPERTIES HOLDING LLC | | |
| More Info | | 04/10/19 | 3566 | 226 | 202125 | 26 | 92.42 | WHAIRHOUSE LLC | | |
| More Info | | 10/13/22 | 4416 | 293 | 545000 | 7 | 35.03 | PERALTA CAROLIN A T ET ALS | | |
| | | | | | TAX-LIST-HISTORY | | | | | |

8. Petitioner RG3 also entered into an agreement for Whairhouse to acquire 568-570 E 39th Street, Paterson in January 2022. But the Pinas company From Start 2 Flipping LLC already owned that property, and when it was sold in February 2022, the Pinas did not pay RG3:

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| New Search | Assessment Postcard | Property Card | | | | | | |
| Block: | 7914 | Prop Loc: | 568-570 E 39TH ST | | Owner: | | BLANCO LUIS A H.GONZALEZ DALVIN | |
| Lot: | 5 | District: | 1608 PATERSON | | Street: | | 568 570 E 39TH ST | |
| Qual: | | Class: | 2 | | City State: | | PATERSON NJ 07513 | |
| | | | | | **Additional Information** | | | |
| Prior Block: | L1542 | Acct Num: | 000000 | | Addl Lots: | | | |
| Prior Lot: | 29 | Mtg Acct: | | | Land Desc: | 50X100 | | |
| Prior Qual: | | Bank Code: | 0 | | Bldg Desc: | 2 F | | |
| Updated: | 05/23/22 | Tax Codes: | | | Class4Cd: | 0 | | |
| Zone: | | Map Page: | | | Acreage: | 0.115 | | |
| | | | | | **Sale Information** | | | |
| Sale Date: | 02/23/22 | Book: | 4262 Page: 55 | | Price: | | 499000 NU#: 7 | |
| Sr1a | | Date | Book | Page | Price | NU# | Ratio | |
| More Info | | 08/14/17 | 3148 | 157 | 100 | 12 | 0 | US BANK TRRUST NA TRUSTEE |
| More Info | | 11/23/20 | 3976 | 101 | 273169 | 13 | 71.05 | FROM START TO FLIPPING LLC |
| More Info | | 02/23/22 | 4262 | 55 | 499000 | 7 | 38.90 | BLANCO LUIS A H.GONZALEZ DALVIN |
| | | | | | | | TAX-LIST-HISTORY | |

9. As set forth in his Exhibit A, Petitioner Ventura invested $200,000 in September 2021 for Whairhouse to acquire 141 East 32d Street, Paterson, but Whairhouse never owned or acquired that property:

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| New Search | Assessment Postcard | Property Card | | | | | |
| Block: | 8405 | Prop Loc: | 141-143 EAST 32ND ST | | Owner: | PATERSON TRIPLEX LN, LLC | |
| Lot: | 22.02 | District: | 1608 PATERSON | | Street: | 434 S. 5TH STREET | |
| Qual: | | Class: | 2 | | City State: | ELIZABETH, NJ 07206 | |
| | | | | | **Additional Information** | | |
| Prior Block: | | Acct Num: | | | Addl Lots: | | |
| Prior Lot: | | Mtg Acct: | | | Land Desc: | 50X100 | |
| Prior Qual: | | Bank Code: | 0 | | Bldg Desc: | 3F 3G | |
| Updated: | 09/09/22 | Tax Codes: | | | Class4Cd: | 0 | |
| Zone: | | Map Page: | | | Acreage: | 0.115 | |
| | | | | | **Sale Information** | | |
| Sale Date: | 07/10/20 | Book: | D3826 Page: 416 | | Price: | 75 NU#: 0 | |
| Sr1a | | Date | Book | Page | Price | NU# | |

10. In February 2022, Cesar convinced Ventura to roll over a prior investment for a joint venture to acquire and flip the property at 126-128 Jasper St, Paterson, but Whairhouse had already sold that property to another entity in December 2020:

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| New Search | Assessment Postcard | Property Card | | | | | | | | |
| Block: | 910 | Prop Loc: | 126-128 JASPER ST | | Owner: | 126 JASPER LLC | | | Square Ft: | 2961 |
| Lot: | 35 | District: | 1608 PATERSON | | Street: | 126 128 JASPER ST | | | Year Built: | 1940 |
| Qual: | | Class: | 2 | | City State: | PATERSON NJ 07522 | | | Style: | 3C |
| | | | | | **Additional Information** | | | | | |
| Prior Block: | B0144 | Acct Num: | 000000 | | Addl Lots: | | | | EPL Code: | 0 0 0 |
| Prior Lot: | 20 | Mtg Acct: | | | Land Desc: | 25X100 | | | Statute: | |
| Prior Qual: | | Bank Code: | 0 | | Bldg Desc: | 2 F | | | Initial: | 000000 |
| Updated: | 05/19/23 | Tax Codes: | | | Class4Cd: | 0 | | | Desc: | |
| Zone: | | Map Page: | | | Acreage: | 0.057 | | | Taxes: | 13322,5 |
| | | | | | **Sale Information** | | | | | |
| Sale Date: | 05/03/23 | Book: | 4523 Page: 111 | | Price: | 402500 NU#: 0 | | | | |
| Sr1a | | Date | Book | Page | Price | NU# | Ratio | | | |
| More Info | | 04/12/12 | 2169 | 39 | 75000 | 14 | 578.00 | WHAIRHOUSE LLC | | |
| More Info | | 12/15/20 | 3955 | 214 | 390000 | | 73.59 | MORE LEGACY LLC | | |
| More Info | | 05/03/23 | 4523 | 111 | 402500 | | 71.30 | 126 JASPER LLC | | |
| | | | | | | TAX-LIST-HISTORY | | | | |

11. As set forth in his Exhibit A, Petitioner Tiah entered into an agreement in January 2022 with Whairhouse to acquire 93 Highland St., Paterson, but Whairhouse never acquired that property:

4

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| New Search | Assessment Postcard | Property Card | | | | | | | | |
| Block: | 2917 | Prop Loc: | 93 HIGHLAND ST | | Owner: | JOHNSON, ELIJAH | | | Square Ft: | 2. |
| Lot: | 8 | District: | 1608 PATERSON | | Street: | 93 HIGHLAND ST | | | Year Built: | |
| Qual: | | Class: | 2 | | City State: | PATERSON, NJ 07505 | | | Style: | 3( |
| | | | | | Additional Information | | | | | |
| Prior Block: | C0436 | Acct Num: | 000000 | | Addl Lots: | | | | EPL Code: | 0 |
| Prior Lot: | 14 | Mtg Acct: | | | Land Desc: | 25X100 | | | Statute: | |
| Prior Qual: | | Bank Code: | 660 | | Bldg Desc: | 2.7F | | | Initial: | 0( |
| Updated: | 11/17/22 | Tax Codes: | | | Class4Cd: | 0 | | | Desc: | |
| Zone: | | Map Page: | | | Acreage: | 0.057 | | | Taxes: | 9. |
| | | | | | Sale Information | | | | | |
| Sale Date: | 03/08/21 | Book: | 4031 Page: 110 | | Price: | 359000 NU#: 7 | | | | |
| Sr1a | | Date | Book | Page | Price | NU# | | Ratio | | |
| More Info | | 10/22/08 | 1689 | 144 | 390000 | | | 93.59 | PINA ROSA | |
| More Info | | 09/29/15 | 2709 | 89 | 69000 | 26 | | 261.30 | 93 HIGHLAND ST LLC | |
| More Info | | 12/02/19 | 3727 | 209 | 330000 | | | 59.09 | A A COMPANY LLC | |
| More Info | | 03/08/21 | 4031 | 110 | 359000 | 7 | | 55.54 | JOHNSON, ELIJAH | |
| | | | | | TAX-LIST-HISTORY | | | | | |

12.   As set forth in his Exhibit A, in April 2022, Petitioner Sheika invested $100,000 for Whairhouse to acquire and renovate 145 Union Ave, Paterson, but one of the Pinas other companies Whairhouse Holdings LLC had already acquired that property in 2016:

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| New Search | Assessment Postcard | Property Card | | | | | | |
| Block: | 1611 | Prop Loc: | 145-147 UNION AVE | | Owner: | WHAIRHOUSE HOLDINGS LLC | | Square Ft: |
| Lot: | 18 | District: | 1608 PATERSON | | Street: | 2711 CENTERVILLE ROAD | | Year Built: |
| Qual: | | Class: | 2 | | City State: | WILMINGTON, DE 19806 | | Style: |
| | | | | | Additional Information | | | |
| Prior Block: | B0275 | Acct Num: | 000000 | | Addl Lots: | | | EPL Code: |
| Prior Lot: | 17 | Mtg Acct: | | | Land Desc: | 50X95 | | Statute: |
| Prior Qual: | | Bank Code: | 0 | | Bldg Desc: | I F 2G | | Initial: |
| Updated: | 03/08/19 | Tax Codes: | | | Class4Cd: | 0 | | Desc: |
| Zone: | | Map Page: | | | Acreage: | 0.11 | | Taxes: |
| | | | | | Sale Information | | | |
| Sale Date: | 02/18/16 | Book: | D2779 Page: 235 | | Price: | 0 NU#: 25 | | |
| Sr1a | | Date | Book | Page | Price | NU# | Ratio | |
| More Info | | 04/07/15 | 2620 | 245 | 0 | 25 | 0 | HARRIS SHANITA |
| More Info | | 08/28/15 | 2682 | 158 | 85000 | 26 | 240.94 | BOZA GROUP LLC |
| More Info | | 10/02/15 | 2704 | 242 | 155000 | 26 | 132.13 | 145 UNION AVE LLC |
| More Info | | 02/18/16 | 2779 | 235 | 0 | 14 | 0 | WHAIRHOUSE HOLDINGS LLC |
| | | | | | TAX-LIST-HISTORY | | | |

13.   As set forth in his Exhibit A, Petitioner Gunn invested $100,000 in February 2023 for Whairhouse to acquire 147-149 Manchester Ave, Paterson. According to state court filings from other victims and other contracts I have been provided by other victims who have not yet filed lawsuits, the Pinas' companies Whairhouse and From Start 2 Flipping LLC collectively received $2,120,000 in joint venture investments to purchase 147-149 Manchester Avenue, Paterson. (BER-L-4188-23($100,000); BER-L-4139-23 ($100,000); BER-L-4193-23 ($145,000); HUD-2857-23 ($400,000); PAS-L-1653-23 ($100,000); PAS-L-1994-23 ($50,000); BER-L-4680-23 ($835,000)). According to land records, that address does not exist.

14. The address of 149-151 Manchester Avenue, Paterson, does exist and was acquired by Whairhouse in 2019. Whairhouse sold that property in June 2023, but as set forth in his Declaration, did not pay Petitioner Gunn his capital investment or promised profits:

| New Search | Assessment Postcard | Property Card | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Block: | 1015 | Prop Loc: | 149-151 MANCHESTER AVE | | Owner: | CRESPO JERRY & CRESPO ANTHONY | | |
| Lot: | 16 | District: | 1608 PATERSON | | Street: | 149-151 MANCHESTER AVE | | |
| Qual: | | Class: | 2 | | City State: | PATERSON NJ 07502 | | |
| | | | | | **Additional Information** | | | |
| Prior Block: | B0179 | Acct Num: | 000000 | | Addl Lots: | | | |
| Prior Lot: | 22 | Mtg Acct: | | | Land Desc: | 50X100 | | |
| Prior Qual: | | Bank Code: | 0 | | Bldg Desc: | 1.5F 2G | | |
| Updated: | 09/06/23 | Tax Codes: | | | Class4Cd: | 0 | | |
| Zone: | | Map Page: | | | Acreage: | 0.115 | | |
| | | | | | **Sale Information** | | | |
| Sale Date: | 06/17/23 | Book: | 4578 Page: 201 | | Price: | 550000 NU#: 7 | | |
| Sr1a | | Date | Book | Page | Price | NU# | Ratio | |
| More Info | | 04/04/19 | 3569 | 68 | 140000 | 26 | 131.21 | WHAIRHOUSE LLC |
| More Info | | 06/17/23 | 4578 | 201 | 550000 | 7 | 34.56 | CRESPO JERRY & CRESPO ANTHONY |
| | | | | | TAX-LIST-HISTORY | | | |

15. As set forth in his Exhibit A, Petitioner Morillo invested $100,000 in March 2023 for Whairhouse to acquire 145-147 Manchester Ave, Paterson. The Pinas through Whairhouse and their other company From Start 2 Flipping LLC also sold joint ventures in that same property to three other investors for collectively $500,000 who have filed state court lawsuits: Dockets PAS-L-1557-23 ($200,000); BER-L-4188-23 ($100,000); BER-L-4089-23 ($200,000). I also have been provided with contracts from five other victims who invested collectively $500,000 in this same property. But according to property records, none of the Pinas' companies have ever owned it:

| New Search | Assessment Postcard | Property Card | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Block: | 1015 | Prop Loc: | 145-147 MANCHESTER AVE | | Owner: | MIAH, S. MD & N. MD | | |
| Lot: | 17 | District: | 1608 PATERSON | | Street: | 145-147 MANCHESTER AVENUE | | |
| Qual: | | Class: | 2 | | City State: | PATERSON, NJ 07502 | | |
| | | | | | **Additional Information** | | | |
| Prior Block: | B0179 | Acct Num: | 000000 | | Addl Lots: | | | |
| Prior Lot: | 21 | Mtg Acct: | | | Land Desc: | 50X72 | | |
| Prior Qual: | | Bank Code: | 660 | | Bldg Desc: | 2 F | | |
| Updated: | 10/01/18 | Tax Codes: | | | Class4Cd: | 0 | | |
| Zone: | | Map Page: | | | Acreage: | 0.083 | | |
| | | | | | **Sale Information** | | | |
| Sale Date: | 09/16/14 | Book: | D2591 Page: 41 | | Price: | 185000 NU#: 0 | | |
| Sr1a | | Date | | Book | Page | Price | NU# | Ratio |
| More Info | | 09/16/14 | | 2591 | 41 | 185000 | 26 | 208.16 |
| | | | | | TAX-LIST-HISTORY | | | |

I declare under penalty of perjury that the foregoing statements by me are true to the best of my knowledge and belief.

Dated September 29, 2023                _s/ Sean Mack_____
                                        SEAN MACK

# EXHIBIT A

KRAVIS & ASSOCIATES, LLC
31275 Northwestern Hwy., Ste. 145
Farmington Hills, MI 48334
(248) 516-1275
Andrew R. Kravis, Esq. Bar #04207-2011
**Attorneys for Plaintiff**

| | |
|---|---|
| RANSOME ENDEAVORS, INC., | : SUPERIOR COURT OF NEW JERSEY<br>: LAW DIVISION: PASSAIC COUNTY |
| Plaintiff, | : |
| vs. | : DOCKET NO. PAS-L-1732-23 |
| | : Civil Action |
| WHAIRHOUSE, LLC, CESAR PINA,<br>JOHN DOES 1-10 and ABC<br>CORPORATIONS 1-10; | : FINAL JUDGMENT BY DEFAULT |
| Defendants. | : |

Defendants, Whairhouse, LLC and Cesar Pina, having been duly served with process and a copy of the Complaint in the above entitled action, and having been defaulted for failure to answer, appear or otherwise move as to the Complaint, and Defendants not being infants or incompetent persons; and Plaintiff having filed a Certification setting forth a particular statement of the items of the claim, their amounts and dates, a calculation in figures of the amount of interest, the payments or credits, if any, and the net amount due;

**FINAL JUDGMENT** is, on this __13th__ day of __September__, 2023, signed and entered in the sum of $724,500.00, plus reasonable attorneys' fees and costs in the amount of $ __241,936.66__, plus interest, in favor of Plaintiff, RANSOME ENDEAVORS, INC., and against Defendants, WHAIRHOUSE, LLC and CESAR PINA, jointly and severally.

☑ **UNOPPOSED**

                                                             /s/ Vicki A. Citrino
                                                          **HON. VICKI A. CITRINO, J.S.C.**

Ordered that Plaintiff shall serve a copy of this Order upon Defendant by regular mail within 7 days of the date hereof.