**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Order Filed on October 4, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Caption in Compliance with D.N.J. LBR 9004-1(b)
Sean Mack
Darcy Baboulis-Gyscek
Pashman Stein Walder Hayden, P.C.
21 Main Street, Suite 200
Hackensack, New Jersey 07601
(201)488-8200
smack@pashmanstein.com
dbaboulis-gyscek@pashmanstein.com

*Attorneys for Alexis Morrillo, Frank Robinson, Michael Ventura, RG3LLC, Samme Sheikah, Jonathan Gunn, Nicholos Tiah and Faleena and Jermaine Andujar*

In re:

WHAIRHOUSE LIMITED LIABILITY COMPANY

Debtor.

Chapter 11 (involuntary)

Case No. 23-17272-RG

Hearing Date and Time:

October 3, 2023 at 11:00 am

Judge Rosemary Gambardella

## ORDER APPOINTING A CHAPTER 11 TRUSTEE
## PURSUANT TO 11 U.S.C. §§ 1104 AND 105

The relief set forth on the following pages, number two (2) through (2) is **ORDERED**.

**DATED: October 4, 2023**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Upon consideration of the motion of interested parties Alexis Morrillo, Frank Robinson, Michael Ventura, RG3 LLC, Samme Sheikah, Jonathan Gunn, Nicholos Tiah and Faleena and Jermaine Andujar ("Interested Parties") against Whairhouse Limited Liability Company ("Whairhouse" or "Debtor"), for an order ("Order") appointing a trustee pursuant to 11 U.S.C. § 1104 ("Motion"); and this Court having determined that granting the relief requested in the Motion is in the best interests of the Interested Parties, the Debtor's estates, creditors and other parties in interest; and after deliberation thereon, for good cause shown, and for the reasons stated on the record:

**IT IS HEREBY ORDERED that:**

1. The Motion is hereby GRANTED.

2. The United States Trustee is hereby directed to appoint a trustee to preserve the assets of the Debtor and to perform all duties pursuant to 11 U.S.C. § 704.