|   |   |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| **McMANIMON, SCOTLAND**<br>**& BAUMANN, LLC**<br>75 Livingston Avenue, Suite 201<br>Roseland, New Jersey 07068<br>(973) 622-1800<br>Anthony Sodono, III (asodono@msbnj.com)<br>Sari B. Placona (splacona@msbnj.com)<br>*Counsel for Mark Politan, Ch. 11 Trustee* | |
| In re:<br><br>WHAIRHOUSE LIMITED LIABILITY<br>COMPANY,[1]<br><br>              Debtors. | Case No. 23-17272 (SLM)<br><br>Chapter 11<br><br>(Jointly Administered) |

Order Filed on August 12, 2024
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

### STIPULATION AND CONSENT ORDER RESOLVING TLOA OF NJ, LLC'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY

      The relief set forth on the following pages, numbered two (2) through three (3) is hereby

**ORDERED**.

**DATED: August 12, 2024**

                                                    */s/ Stacey L. Meisel*
                                                    Honorable Stacey L. Meisel
                                                    United States Bankruptcy Judge

---

[1] The Debtors in these Chapter 11 case, along with their case numbers are as follows: Whairhouse Limited Liability Company (Case No. 23-17272 (SLM)), and Taylor Court Apartments LLC (Case No. 23-16641 (SLM)).

Debtor: Whairhouse Limited Liability Company
Case No. 23-17272 (SLM)
Caption: Stipulation and Consent Order Resolving TLOA of NJ, LLC's Motion for Relief from the Automatic Stay
_____

This Stipulation and Consent Order (the "Stipulation") is entered into by the TLOA of NJ, LLC (TLOA) and Mark Politan, Chapter 11 Trustee for Whairhouse Limited Liability Company, the Chapter 11 Debtor ("Whairhouse LLC") (the "Trustee" and together the "Parties"), by and through they undesigned counsel.

**WHEREAS**, on August 22, 2023, an involuntary petition for relief under chapter 11 of the Bankruptcy Code was filed against Whairhouse LLC by petitioning creditors, Alexis Morrilo, Frank Robinson, Michael Ventura, Rg3 LLC, Jermaine and Faleena Andujar, Samme Sheika, Nicholas Tiah, Jonathan Gunn, and Ramon Garcia. Case No. 23-17272; ECF 1.

**WHEREAS**, on October 4, 2023, the Court entered an Order Appointing a Chapter 11 Trustee. ECF 20.

**WHEREAS**, On October 16, 2023, Mark Politan was appointed the Trustee. ECF 24.

**WHEREAS**, on February 1, 2024, the Order for Relief was entered. ECF 52.

**WHEREAS,** on July 23, 2024, TLOA filed a motion for relief from the automatic stay (the "Stay Motion") regarding the tax sale certificate encumbering the real property located at 523 Avenue, Paterson, New Jersey (the "Property"); and

**WHEREAS**, the Trustee is exploring a sale of the Property;

**WHEREAS,** the Parties wish to resolve this matter upon the terms and conditions set forth below:

**NOW THEREFORE, IT IS HEREBY STIPULATED**, by and among TLOA and the Trustee, by and through their undesigned counsel as follow:

1. TLOA will withdraw the Stay Motion without prejudice.

2

Debtor:     Whairhouse Limited Liability Company
Case No.    23-17272 (SLM)
Caption:    Stipulation and Consent Order Resolving TLOA of NJ, LLC's Motion for Relief
            from the Automatic Stay
_____

    2. TLOA shall have thirty (30) days from the date the Stipulation is entered to file a proof of claim.

STIPULATED TO, CONSENTED TO, AND AGREED BY:

| **McMANIMON, SCOTLAND & BAUMANN, LLC** | **PELLEGRINO & FELDSTEIN, LLC** |
|---|---|
| By: /s/ Sari B. Placona<br>    Sari B. Placona, Esq.<br>    75 Livingston Avenue, Suite 201<br>    Roseland, New Jersey 07068<br>    (973) 622-1800<br>    *Counsel for Mark Politan,*<br>    *Ch. 11 Trustee* | By: /s/ Deborah T. Feldstein<br>    Deborah T. Feldstein, Esq.<br>    290 Route 46 West<br>    Denville, New Jersey 07834<br>    (973) 586-2300<br>    *Counsel for TLOA of NJ, LLC* |
| Dated: August 8, 2024 | Dated: August 8, 2024 |

3

4867-9234-4021, v. 1